UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates To:**

    *Ann Cecile Messina v. Bayer Corporation, et al.*   No. 3:11-cv-12630-DRH

    *Kayla Stottler v. Bayer Corporation, et al.*   No. 3:11-cv-10558-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 2, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                NANCY J. ROSENSTENGEL,
                                CLERK OF COURT

                                BY:   /s/*Sara Jennings*
                                    Deputy Clerk

**Dated:**  April 3, 2014

Digitally signed by David R. Herndon
Date: 2014.04.03 14:32:04 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**